IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-047-RJC-DCK

| | |
|---|---|
| DEEPHAVEN MORTGAGE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RONALD KRUEGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Ross R. Fulton, concerning Michael A. Iannucci on January 28, 2020. Michael A. Iannucci seeks to appear as counsel *pro hac vice* for Defendant Ronald Krueger. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Michael A. Iannucci is hereby admitted *pro hac vice* to represent Defendant Ronald Krueger.

**SO ORDERED**.

Signed: January 28, 2020

David C. Keesler
United States Magistrate Judge